# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MELONIE BRATCHER,

    Plaintiff,

v.                               CASE NO.: 3:16-cv-00519-HES-JBT

NAVIENT SOLUTIONS, LLC,

    Defendant.

---

**PLAINTIFF'S NOTICE OF TAKING VIDEO DEPOSITION,**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(1)**

---

       Plaintiff, Melonie Bratcher, by and through her undersigned counsel and pursuant to the

Federal Rules of Civil Procedure, including 30(b)(1), hereby gives notice of taking an oral

videotaped deposition of the below named individual(s), at the location, on the date and at the time

stated below.

| Name | Date & Time | Location |
|---|---|---|
| Pursuant to Federal Rule of Civil Procedure 30(b)(1), Angela Kamionka, Head of the Office of Customer Advocate for Defendant, Navient Solutions, LLC | Friday, March 10, 2017 10:00 a.m. EST | Wilcox & Fetzer 1330 N King Street Wilmington, DE 19801 |

       This deposition is being taken for the purposes of discovery, for use at trial, or for such

other purposes as are permitted under the Federal Rules of Civil Procedure including 30(b)(1),

before a representative of First Choice Reporting.

       This deposition is to continue from day-to-day until such time as it is completed or may be

adjourned to be reconvened at such later date as may be established therefore by those in

attendance at such deposition, and is intended for use at trial or other such purposes as authorized by law.  You are invited to attend and cross-examine the witness.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 23rd day of February 2017, the foregoing was served in accordance with this Court's guidelines, with copies sent via electronic mail, to the parties of record.

*/s/Stefan Alvarez*
Stefan A. Alvarez, Esq.
Florida Bar No.:  100681
William Peerce Howard, Esq.
Florida Bar No.:  0103330
Billy@TheConsumerProtectionFirm.com
Stefan@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*

cc:  First Choice Reporting

2

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MELONIE BRATCHER,

    Plaintiff,

v.                                CASE NO.: 3:16-cv-00519-HES-JBT

NAVIENT SOLUTIONS, INC.,

    Defendant.

---

### PLAINTIFF'S NOTICE OF TAKING VIDEO DEPOSITION,
### PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(1)

Plaintiff, Melonie Bratcher, by and through her undersigned counsel and pursuant to the Federal Rules of Civil Procedure, including 30(b)(1), hereby gives notice of taking an oral videotaped deposition of the below named individual(s), at the location, on the date and at the time stated below.

| Name | Date & Time | Location |
|---|---|---|
| Pursuant to Federal Rule of Civil Procedure 30(b)(1), Paty Peterson, a Dialer Team Supervisor for Defendant, Navient Solutions, LLC | Monday, March 13, 2017 10:00 a.m. EST | Wilcox & Fetzer STAT International 1201 N. Orange Street, Suite 700 Wilmington, DE 19801 |

This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure including 30(b)(1), before a representative of First Choice Reporting.

This deposition is to continue from day-to-day until such time as it is completed or may be adjourned to be reconvened at such later date as may be established therefore by those in

1

Exhibit A-4

attendance at such deposition, and is intended for use at trial or other such purposes as authorized

by law.  You are invited to attend and cross-examine the witness.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 23rd day of February, 2017, the foregoing was served

in accordance with this Court's guidelines, with copies sent via electronic mail, to the parties of

record.

> */s/Stefan Alvarez*
> Stefan A. Alvarez, Esq.
> Florida Bar No.:  100681
> William Peerce Howard, Esq.
> Florida Bar No.:  0103330
> Billy@TheConsumerProtectionFirm.com
> Stefan@TheConsumerProtectionFirm.com
> The Consumer Protection Firm, PLLC
> 210-A South MacDill Avenue
> Tampa, FL 33609
> Telephone: (813) 500-1500
> Facsimile: (813) 435-2369
> *Attorney for Plaintiff*

cc:  First Choice Reporting

Exhibit A-5

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MELONIE BRATCHER,

    Plaintiff,

v.                                    CASE NO.: 3:16-cv-00519-HES-JBT

NAVIENT SOLUTIONS, LLC,

    Defendant.

---

**PLAINTIFF'S AMENDED NOTICE OF TAKING VIDEO DEPOSITION,**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(1)**

---

Plaintiff, Melonie Bratcher, by and through her undersigned counsel and pursuant to the Federal Rules of Civil Procedure, including 30(b)(1), hereby gives notice of taking an oral videotaped deposition of the below named individual(s), at the location, on the date and at the time stated below.

| Name | Date & Time | Location |
|---|---|---|
| Pursuant to Federal Rule of Civil Procedure 30(b)(1), Josh Dries, a Supervisor of the Dialer Team for Defendant, Navient Solutions, Inc. | Tuesday, March 14, 2017 10:00 a.m. EST | Wilcox & Fetzer 1330 N King Street Wilmington, DE 19801 |

This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure including 30(b)(1), before a representative of First Choice Reporting.

This deposition is to continue from day-to-day until such time as it is completed or may be adjourned to be reconvened at such later date as may be established therefore by those in

1

Exhibit A-6

attendance at such deposition, and is intended for use at trial or other such purposes as authorized by law.  You are invited to attend and cross-examine the witness.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of February, 2017, the foregoing was served in accordance with this Court's guidelines, with copies sent via electronic mail, to the parties of record.

*/s/Stefan Alvarez*
Stefan A. Alvarez, Esq.
Florida Bar No.:  100681
William Peerce Howard, Esq.
Florida Bar No.:  0103330
Billy@TheConsumerProtectionFirm.com
Stefan@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*

cc:  First Choice Reporting

2