# EXHIBIT B

**THE CONSUMER PROTECTION FIRM**

210-A SOUTH MACDILL AVENUE
TAMPA, FL 33609
(813) 500-1500

February 23, 2017

Rachel A. Morris, Esq.
Session, Fishman, Nathan and Israel, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

      RE:    Bratcher, Melonie v. Navient Solutions, Inc.
              Case No.: 3:16-cv-00519-HES-JBT

Dear Ms. Morris:

      Our Notice of Taking Video Deposition is enclosed for your convenience. In the interest of judicial economy and efficiency, I've scheduled dates for these video depositions. The Florida Bar's Guidelines for Professional Conduct, specifically Section B(2), states "[o]n receipt of an inquiry concerning a proposed time for a hearing, deposition, meeting, or other proceeding, *a lawyer promptly should agree to the proposal or offer a counter suggestion that is as close in time as is reasonably possible*."

      Per this Guideline from the Florida Bar, if there happens to be any conflict with the proposed dates and times currently scheduled, we are kindly requesting alternative deposition dates within the next 72 hours.

      Feel free to call me should you have any questions or concerns.

                                      Sincerely,

                                      *Stefan Alvarez*

                                      Stefan A. Alvarez

**THE CONSUMER PROTECTION FIRM**

SAA/lem
Enclosures

Exhibit B - 2