# EXHIBIT C

Exhibit C - 1

**Subject:**     Re: Bratcher v. NSL - Service of Court Documents
**Date:**        Monday, March 6, 2017 at 12:52:24 PM Eastern Standard Time
**From:**        Stefan Alvarez
**To:**          Rachel A. Morris
**CC:**          Susan Frederick, Lara McGuire
**Attachments:** image001.jpg, image002.png

Rachel,

As I stated during our 3.01(g) conference regarding this issue, I have nothing more to add beyond what was already discussed.  I am under no obligation to provide any sort of written documentation outlining our case strategy or the potential line of questions for a fact witness before we have an opportunity to depose them.  Moreover, NSI's own corporate representative identified these 3 individuals as the persons best suited to testify about several areas of inquiry that she was at her own admission unable to answer during deposition.  The testimony of the 3 individual NSI employees identified and properly noticed for deposition is highly relevant and essential to our ability to put on a case for knowing or willful violations of the TCPA, as well as actual and punitive damages under the FCCPA.  Only four days ago, this very Court made it abundantly clear that these issues are relevant to Plaintiff's claims and proportional to the needs of her case in its recent Order [Doc. 18] granting Plaintiff's Motion to Compel and ordering Defendant to show cause why Plaintiff should not be awarded her reasonable expenses.

Thank you,

Stefan

---

**From:** Rachel Morris <ramorris@sessions.legal>
**Date:** Monday, March 6, 2017 at 11:43 AM
**To:** Stefan Alvarez <Stefan@TheConsumerProtectionFirm.com>
**Cc:** Susan Frederick <sfrederick@sessions.legal>, Lara McGuire
<Lara@TheConsumerProtectionFirm.com>, Nancy Sauer <Nancy@TheConsumerProtectionFirm.com>
**Subject:** RE: Bratcher v. NSL - Service of Court Documents

Stefan,

Please provide your reason for the depositions.  We plan on filing our motion for protective order today and would like to give you the opportunity to state your position.  However, we will have no choice but to move forward with our motion today either way.

Thanks,
Rachel

Exhibit C - 2



**Rachel A. Morris, Attorney | Sessions, Fishman, Nathan & Israel**
Direct: 813.890.2469 | Mobile: 813.380.6345 | Fax: 866.466.3140 | ramorris@sessions
3350 Buschwood Park Dr., Suite 195, Tampa, FL 33618-4317 | Main: 813.890.2460
Direct Links: Bio • Email • Download V-Card • Website
California • Colorado • Florida • Georgia • Illinois •
Louisiana • New Jersey • New York • Ohio • Texas

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.

---

**From:** Rachel A. Morris
**Sent:** Friday, March 3, 2017 10:21 AM
**To:** 'Stefan Alvarez' <Stefan@TheConsumerProtectionFirm.com>
**Cc:** Susan Frederick <sfrederick@sessions.legal>; 'Lara McGuire' <Lara@TheConsumerProtectionFirm.com>; 'Nancy Sauer' <Nancy@TheConsumerProtectionFirm.com>
**Subject:** RE: Bratcher v. NSL - Service of Court Documents

Stefan,

As discussed, please articulate the purpose for the depositions in this case, so I may better evaluate your position with my client.

Thanks,
Rachel

---

**From:** Rachel A. Morris
**Sent:** Tuesday, February 28, 2017 9:28 AM
**To:** 'Stefan Alvarez' <Stefan@TheConsumerProtectionFirm.com>
**Cc:** Susan Frederick <sfrederick@sessions.legal>; 'Lara McGuire' <Lara@TheConsumerProtectionFirm.com>; 'Nancy Sauer' <Nancy@TheConsumerProtectionFirm.com>
**Subject:** RE: Bratcher v. NSL - Service of Court Documents

Stefan,

Following up on this.

Thanks,
Rachel

---

**From:** Rachel A. Morris
**Sent:** Friday, February 24, 2017 4:55 PM
**To:** 'Stefan Alvarez' <Stefan@TheConsumerProtectionFirm.com>
**Cc:** Susan Frederick <sfrederick@sessions.legal>; Lara McGuire <Lara@TheConsumerProtectionFirm.com>;

Exhibit C - 3

Nancy Sauer <Nancy@TheConsumerProtectionFirm.com>
**Subject:** RE: Bratcher v. NSL - Service of Court Documents

Stefan,

Please let me know your availability for a good faith conference next week to discuss the depositions, which we believe to be unnecessary to this case and disproportionate to the needs of discovery.

Thanks,
Rachel

---

**From:** Stefan Alvarez [mailto:Stefan@TheConsumerProtectionFirm.com]
**Sent:** Thursday, February 23, 2017 4:04 PM
**To:** Rachel A. Morris <ramorris@sessions.legal>
**Cc:** Susan Frederick <sfrederick@sessions.legal>; Lara McGuire <Lara@TheConsumerProtectionFirm.com>; Nancy Sauer <Nancy@TheConsumerProtectionFirm.com>
**Subject:** Bratcher v. NSL - Service of Court Documents

The following documents have been electronically served pursuant to Rule 5, of the Federal Rules of Civil Procedure:

| Court: | United States District Court, Middle District of Florida, Orlando Division |
|---|---|
| Style: | Audrey Champer v. Navient Solutions, Inc. |
| Case: | 6:16-cv-00569-CEM-GJK |
| Documents: | 1.    Plaintiff's Notice of Taking Video Deposition of Representative from Defendant, Navient Solutions, LLC, Pursuant to Federal Rules of Civil Procedure 30(b)(1) [Paty Peterson]<br>2.    Plaintiff's Notice of Taking Video Deposition of Representative from Defendant, Navient Solutions, LLC, Pursuant to Federal Rules of Civil Procedure 30(b)(1) [Angela Kamionka]<br>3.    Plaintiff's Notice of Taking Video Deposition of Representative from Defendant, Navient Solutions, LLC, Pursuant to Federal Rules of Civil Procedure 30(b)(1) [Josh Dries] |

Please see attached documents.

**Stefan A. Alvarez, Esq.**

**The Consumer Protection Firm**
210-A S. MacDill Ave.
Tampa, FL 33609

Phone: (813) 500-1500
Fax: (813) 435-2369

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE INCLUDING ATTACHMENTS, IF ANY, IS INTENDED FOR THE PERSON OR ADDRESSED AND MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED MATERIAL. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY E-MAIL AND DESTROY ALL

Exhibit C - 4

MESSAGE. THANK YOU.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Exhibit C - 5