UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELONIE BRATCHER,

    Plaintiff,

v.                                                       Case No.: 3:16-cv-519-J-20JBT

NAVIENT SOLUTIONS, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before this Court following an Order on March 2, 2017, from the Magistrate Judge (Dkt. 18) addressing Plaintiff's Motion to Compel. The Magistrate Judge's Order directed Defendant to provide relevant documents in response to Plaintiff's Request for Production No. 36 and Plaintiff's Interrogatory No. 14 by March 17, 2017.

On March 14, 2017, Defendant filed an Objection (Dkt. 26) to the Order and an "Emergency Motion to Stay Document Production Pending Ruling on Objections" (Dkt. 27). On March 27, 2017, Plaintiff responded to both pleadings. (Dkts. 33, 34).

The parties disagree on the standard of review this Court should employ in reviewing the Magistrate Judge's Order. Here, the Magistrate Judge's Order ruled on a motion to compel—a nondispositive issue. Rule 72(a), which applies to a Magistrate Judge' ruling on a nondispositive issue, provides,

> When a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the magistrate judge must promptly conduct the required proceedings and, when appropriate, issue a written order stating the decision. A party may serve and file objections to the order within 14 days after being served with a copy. A party may not assign as error a defect in the order not timely objected to. The district judge in the case must consider timely objections and modify or set aside any part of the order that is *clearly erroneous or is contrary to law.*

Fed. R. Civ. P. 72 (emphasis added).

With this standard in mind and after having reviewed the objections, this Court concludes that the Magistrate Judge's ruling was not clearly erroneous or is contrary to law.

Turning to Defendant's emergency motion, in her response, Plaintiff explained; "On March 17, 2017, pursuant to the Court's Order (Doc. 18) granting Plaintiff's Motion to Compel, Defendant contends it served Plaintiff with the required documents." (Dkt. 34, pg. 2). Defendant's motion is, consequently, moot.

Accordingly, it is **ORDERED**:

1. Defendant's "Objection to Order Granting Plaintiff's Motion to Compel" (Dkt. 26) is **OVERRULED**; and

2. Defendant's "Emergency Motion to Stay Document Production Pending Ruling on Objections" (Dkt. 27) is **DENIED as MOOT**.

DONE AND ENTERED at Jacksonville, Florida, this 30 day of March, 2017.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Amanda J. Allen, Esq.
Abigail S. Pressler, Esq.