UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELONIE BRATCHER,

    Plaintiff,

v.                                                    CASE NO. 3:16-cv-519-J-20JBT

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Defendant's Response to Order to Show Cause ("Response") (Doc. 30). The Court previously granted Plaintiff's Motion to Compel (Doc. 13) and ordered Defendant to show cause why it and/or its attorney should not be ordered to pay Plaintiff's reasonable expenses incurred in making the Motion pursuant to Federal Rule of Civil Procedure 37(a)(5). (Doc. 18.)

Upon review of the Response, the Court is satisfied that Defendant's position was substantially justified. *See* Fed. R. Civ. P. 37(a)(5)(A)(ii). Therefore, expenses will not be awarded.

Accordingly, it is **ORDERED**:

The Order to Show Cause (**Doc. 18**) is **DISCHARGED**.

**DONE AND ORDERED** at Jacksonville, Florida, on April 4, 2017.

*Joel B. Toomey*
_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record