UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELONIE BRATCHER,

    Plaintiff,

                               CASE NO.: 3:16-cv-00519-HES-JBT

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

**PLAINTIFF'S EXHIBIT IN SUPPORT OF HER
MOTION FOR PARTIAL SUMMARY JUDGMENT**

| | |
|---|---|
| EXHIBIT A | Deposition of Melonie Bratcher |
| EXHIBIT B | "NSL Call Log" NSI0000084 |
| EXHIBIT C | Plaintiff's Cellular Telephone Records |
| EXHIBIT D | Deposition of Navient Solutions, LLC, through its designee, Cheryl A. Dillon |
| EXHIBIT E | Audio Recording, dated March 14, 2016, NSL 0000075 |
| EXHIBIT F | Audio Recording, dated March 18, 2016, NSL 0000078 |
| EXHIBIT G | "Customer Resolution Services, TCPA Job Aid," NSL0000104-NSI0000117 |
| EXHIBIT H | Deposition of Angela Kamionka |