UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MELONIE BRATCHER,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>        Defendant. | No. 3:16-cv-00519-HES-JBT |

## NOTICE OF PENDING SETTLEMENT

Defendant, Navient Solutions, LLC, f/k/a Navient Solutions, Inc., (NSL), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 14, 2017

>                     Respectfully submitted,
>
>                     /s/Michael P. Schuette
>                     Michael P. Schuette, Esq.
>                     Florida Bar No. 0106181
>                     Dayle M. Van Hoose, Esq.
>                     Florida Bar No. 0016277
>                     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
>                     3350 Buschwood Park Drive, Suite 195
>                     Tampa, FL 33618
>                     Telephone: (813) 890-2472
>                     Facsimile: (866) 466-3140
>                     mschuette@sessions.legal

*Attorneys for Defendant,*
*Navient Solutions LLC, f/k/a*
*Navient Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of August 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

William P. Howard, Esq.
Amanda J. Allen, Esq.
The Consumer Protection Firm, PLLC
210 A. South MacDill Avenue
Tampa, FL 33609
Amanda@TheConsumerProtection Firm
Billy@ TheConsumerProtection Firm

/s/Michael P. Schuette
Attorney