**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MELONIE BRATCHER,

       Plaintiff,

v.

NAVIENT SOLUTIONS, INC.

       Defendant.

No. 3:16-cv-00519-HES-JBT

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Melonie Bratcher, and defendant, Navient Solutions, LLC f/k/a Navient Solutions, Inc., (NSL), files this Joint Stipulation To Dismiss this action in its entirely with prejudice with each party to bear its own fees and costs.

Dated this 26th day of September 2017.

| | |
|---|---|
| /s/ William P. Howard | /s/ Michael P. Schuette |
| William P. Howard, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 0103330 | Florida Bar No. 0106181 |
| THE CONSUMER PROTECTION FIRM, PLLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| 210-A South MacDill Avenue | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33609 | Tampa, FL 33618 |
| Telephone: (813) 500-1500 | Telephone: (813) 890-2472 |
| Facsimile: (813) 435-2369 | Facsimile: (866) 466-3140 |
| Billy@TheConsumerProtectionFirm.com | mschuette@sessions.legal |
| *Attorney for Plaintiff* | *Attorneys for Defendant,* |
| *Anthony Ricciardi* | *Navient Solutions, LLC, f/k/a* |
| | *Navient Solutions, Inc.* |