UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELONIE BRATCHER,

    **Plaintiff,**

v.                                                     Case No. 3:16-cv-519-J-20JBT

NAVIENT SOLUTIONS, INC.,

    **Defendant.**
_____/

### ORDER

This matter is before this Court on the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 70).

Accordingly, it is **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties "Joint Stipulation of Dismissal with Prejudice" (Dkt. 70) is **GRANTED** and this action is **dismissed with prejudice** with each party to bear its own fees and costs; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 27 day of September, 2017.

                                            HARVEY E. SCHLESINGER
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Amanda J. Allen, Esq.
William P. Howard, Esq.
Michael Schuette, Esq.